# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

**MANDY MANUEL**                                                              **PLAINTIFF**

**VS.**                       **1:17-CV-00127-BRW-PSH**

**NANCY A. BERRYHILL, Deputy Commissioner for Operations,
performing the duties and functions not reserved to the Commissioner of
Social Security**                                            **DEFENDANT**

## JUDGMENT

Based on the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

IT IS SO ORDERED, this 14th day of December, 2018.

                                                  /s/ Billy Roy Wilson _____
                                                  UNITED STATES DISTRICT JUDGE